```
 1  AARON D. FORD
      Attorney General
 2  DARBY G. PHELPS, Bar No. 14599
      Deputy Attorney General
 3  State of Nevada
    Bureau of Litigation
 4  Public Safety Division
    100 N. Carson Street
 5  Carson City, Nevada 89701-4717
    Tel: (775) 684-1159
 6  E-mail: dphelps@ag.nv.gov
    Attorneys for Defendants
 7
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARL SCHENKER,<br><br>                Plaintiff,<br><br>v.<br><br>RENEE BAKER, et al.,<br><br>                Defendants. | Case No. 3:18-cv-00531-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

It is hereby stipulated and agreed by and between Plaintiff, Karl Schenker, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Darby G. Phelps, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Karl Schenker, Plaintiff
*Pro Se*

Dated: 6/9/19

AARON D. FORD
Attorney General

By: _____
Darby G. Phelps (Bar No. 14599)
Deputy Attorney General
Attorneys for Defendants

Dated: 5/10/19

IT IS SO ORDERED.

Dated: June 6, 2019.

_____
UNITED STATES DISTRICT JUDGE

1

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 10th day of May, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL**, by U.S. District Court CM/CFE Electronic Filing to:

Karl W. Schenker #1026941
Care of NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Laurie Penny*
An employee of the
Office of the Attorney General